## 18545.  LAMB v. THE STATE.

LUKE, J.  The court did not err in overruling the motion for a continuance. The evidence demanded the defendant's conviction, and the motion for a new trial was properly overruled.

  *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 13, 1927.

Possessing liquor; from Emanuel superior court—Judge Camp presiding.  September 10, 1927.

*Price, Spivey & Edenfield,* for plaintiff in error.

*A. S. Bradley, solicitor-general,* contra.

Intoxicating Liquors, 33 C. J. p. 761, n. 53.

---

## 18546.  LAMB v. THE STATE.

No cause for a new trial of one who was tried under an indictment charging sale of intoxicating liquor in Emanuel county is shown by grounds of the motion for a new trial which complain of the admission of testimony as to possession and delivery of whisky in Jefferson county.

(a) The grounds mentioned above, in which the quoted testimony was in regard to delivery and possession by persons designated as "he," "him," and "they," and not by name, are too incomplete to require consideration, since reference to the brief of the evidence would be necessary to enable this court to understand them.

There was ample evidence to support the verdict.

DECIDED DECEMBER 13, 1927.

Sale of intoxicating liquor; from Emanuel superior court—Judge Camp.  September 18, 1927.

The testimony complained of in the grounds of the motion for a new trial mentioned in the decision was admitted over the objections that it evidenced a sale of liquor in a county other than that in which the defendant was being tried, and referred to possession of liquor in a county other than the county of the trial, and that it tended to prejudice the defendant's case and to inflame the minds of the jury against him.

There was other testimony showing the sale of liquor by the accused in the county of the trial at the time alleged in the indictment.

*Price, Spivey & Edenfield,* for plaintiff in error.

*A. S. Bradley, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1218, n. 53 New; 17 C. J. p. 271, n. 41.
Intoxicating Liquors, 33 C. J. p. 764, n. 1.